# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**JONATHAN R HEDTKE**

          Plaintiff(s),

vs.

Case No. 14cv819 MJD/TNL
(To be assigned by Clerk of District Court)

**US.BANK NATIONAL ASSOCIATION, TRUSTEE FOR LEHMAN BROTHERS STRUCTURED ASSET INVESTMENTS LOAN TRUST SAIL 2005-4 C/O CHASE HOME FINANCE, LLC**

DEMAND FOR JURY TRIAL

YES ☐   NO ☐

          Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

**PARTIES**

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   | | |
   |---|---|
   | Name | **Jonathan R Hedtke** |
   | Street Address | **15191 state hwy 55 ne** |
   | County, City | **Kandiyohi, Regal** |
   | State & Zip Code | **MN 56312** |
   | Telephone Number | **(320) 429-1909** |

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name              **US BANK NANTIONAL ASSOCIATION,TRUSTEE FOR**

      Street Address

      County, City

      State & Zip Code

   b. Defendant No. 2

      Name              **LEHMAN BROTHERS STRUCTURD ASSET INVESTMENTS**

      Street Address

      County, City

      State & Zip Code

   c. Defendant No. 3

      Name              **CHASE HOME FINANCE,LLC**

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** [✓]
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [✓] Federal Question    [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:            State of Citizenship:

   Defendant No. 1:           State of Citizenship:

   Defendant No. 2:           State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [✓]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [ ] Defendant(s) reside in Minnesota    [✓] Facts alleged below primarily occurred in Minnesota
   [ ] Other: explain

## STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☐ Federal Question          ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                              State of Citizenship:

   Defendant No. 1:                             State of Citizenship:

   Defendant No. 2:                             State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☐ Defendant(s) reside in Minnesota     ☐ Facts alleged below primarily occurred in Minnesota
   ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Signed this 25 day of Mar 2014

Signature of Plaintiff *Jonathan Hoatth*

Mailing Address

15191 State Hwy 55 NE
Belgrade MN 56312

Telephone Number 3204291909

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5

PTSENW
PTSWNW
PTNESW
PTNWSW
4-122-33

misc .50
Aurora Loan Services

527388

OFFICE OF COUNTY RECORDER
KANDIYOHI COUNTY MINNESOTA

FILED AND/OR
RECORDED ON

04/18/2005   08:30AM

JULIE KALKBRENNER
COUNTY RECORDER

BY Wanda Hett
DEPUTY

---

## Satisfaction of Mortgage

AURORA LOAN SERVICES INC. #:0019188010 "HEDTKE"  Lender ID:C94/002/0019188010   Kandiyohi, Minnesota
MERS #: 100025440001916490  VRU #: 1-888-679-6377

KNOW ALL MEN BY THESE PRESENTS that MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK IT'S SUCCESSORS AND ASSIGNS holder of a certain Mortgage executed to secure an indebtedness , whose parties, dates and recording information are below, does hereby, acknowledge that it has received full payment and satisfaction of the same. Accordingly the County Recorder is hereby authorized and directed to discharge the same upon the record of the said Mortgage.

Original Mortgagor: JON HEDTKE, A SINGLE MAN
Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK IT'S SUCCESSORS AND ASSIGNS
Date Executed: 10/15/2004
Recorded: 12/09/2004 in Book/Reel/Liber: N/A Page/Folio: N/A as Instrument No.: 523491 in the records of the County Recorder in the County of Kandiyohi State of Minnesota

Property Address: 15191 STATE HWY 55 NE, BELGRADE, MN 56312

IN WITNESS WHEREOF , the said corporation existing under the laws of the State of Delaware has caused these presents to be executed in its corporate name by its duly authorized officer(s) whose name(s) and title(s) are recited below:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK IT'S SUCCESSORS AND ASSIGNS
On April 7th, 2005

By: /s/ Michele Klein
MICHELE KLEIN, Vice President

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON April 7th, 2005, before me, IRENE GUERRERO, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared MICHELE KLEIN, Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK IT'S SUCCESSORS AND ASSIGNS, 601 5TH AVE, SCOTTSBLUFF, NE 69361, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

/s/ Irene Guerrero
IRENE GUERRERO
Notary Expires: 09/14/2005

GENERAL NOTARY - State of Nebraska
IRENE GUERRERO
My Comm. Exp. Sept. 14, 2005

(This area for notarial seal)

Prepared By:   Nilva Miller,  AURORA LOAN SERVICES 601 5TH AVE, PO BOX 1706, SCOTTSBLUFF, NE 69363-1706
308-635-3500
When Recorded Return To: Michele Klein Aurora Loan Services Inc. P.O. Box 1706, Scottsbluff, NE 69363-1706

Return

*KFO*KFOALSI*04/07/2005 12:00:49 PM* ALSI01ALSI00000000000000000128414* MNKANDI* 0019188010 MNSTATE_MORT_REL **NXMALSI*