UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JONATHAN R. HEDTKE,

    Plaintiff,

v.

U.S. BANK NATIONAL
ASSOCIATION,

    Defendant.

**ORDER**
Civil File No. 14-819 (MJD/TNL)

---

Jonathan R. Hedtke, pro se.

U.S. Bank National Association has not been served.

---

This matter is before the Court on Plaintiff Jonathan R. Hedtke's Motion to Stay the Order of Eviction.  [Docket No. 3]  Plaintiff has moved to stay a March 18, 2014 Order to Vacate from the Minnesota District Court, Eighth Judicial District.  As of today's date, Plaintiff has not effectuated service of the Summons and Complaint on U.S. Bank National Association.  Therefore, the Court lacks personal jurisdiction over U.S. Bank National Association and cannot issue an injunction against it.  <u>Watts v. Fed. Home Loan Mortg. Corp.</u>, No. 12-692, 2012

1

WL 1901304, at *2 (D. Minn. 2012) (citing Smith v. Ghana Commercial Bank, Ltd., 379 Fed. App'x 542 (8th Cir. 2010)).

Based on the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

>Plaintiff Jonathan R. Hedtke's Motion to Stay the Order of Eviction [Docket No. 3] is **DENIED.**

Dated:  March 25, 2014                    s/ Michael J. Davis
                                                                  Michael J. Davis
                                                                  Chief Judge
                                                                  United States District Court