# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jonathan R. Hedtke,                                                     Civil No. 14-cv-0819 (MJD/TNL)

         Plaintiff,

v.                                                                                      **ORDER**

US Bank National Association,
*Trustee for the Lehman Brothers Structured*
*Asset Investment Loan Trust Sail 2005-4 c/o*
*Chase Home Finance, LLC*

         Defendant.

---

Jonathan R. Hedtke, 15191 State Highway 55 NE, Regal, MN 56312 (pro se Plaintiff).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated September 16, 2014 [Docket No. 17], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

2. Plaintiff Jonathan R. Hedtke's motion for a temporary restraining order [Docket No. 6] is **DENIED AS MOOT**.

3. Hedtke's applications to proceed *in forma pauperis* [Docket Nos. 2 & 12] are **DENIED AS MOOT**.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Date: October 21, 2014                        s/Michael J. Davis
                                                           Michael J. Davis
                                                           Chief Judge
                                                            United States District Court